**Dismissed and Opinion Filed December 28, 2023**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-23-01148-CV

**EMPLOYER DIRECT HEALTHCARE, LLC, Appellant**
**V.**
**OLIVER JAMES MITTAG-LENKHEYM, Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-09626**

## MEMORANDUM OPINION

Before Justices Nowell, Miskel, and Kennedy
Opinion by Justice Nowell

Before the Court is the parties' joint motion to dismiss this appeal because they have settled their differences. We grant the motion and dismiss the appeal with prejudice. *See* TEX. R. APP. P. 42.1(a).

231148f.p05

/Erin A. Nowell//
ERIN A. NOWELL
JUSTICE



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

EMPLOYER DIRECT
HEALTHCARE, LLC, Appellant

No. 05-23-01148-CV     V.

OLIVER JAMES MITTAG-
LENKHEYM, Appellee

On Appeal from the 14th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-22-09626.
Opinion delivered by Justice Nowell.
Justices Miskel and Kennedy
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED** with prejudice.

It is **ORDERED** that the parties bear their own costs of this appeal.

Judgment entered this 28th day of December, 2023.